UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-669 (JMR/FLN)

Cambria Weiss )
)
v. ) ORDER
)
Sight & Sound Distributors, )
Inc., and Richard Dark )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: April 21st, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED APR 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Cambria Weiss,

Plaintiff,

v.

Sight & Sound Distributors, Inc., and
Richard Dark, Individually,

Defendants.

File No.: 00 CV-0699 (JMR)

STIPULATION FOR DISMISSAL

---

The parties, by and through their undersigned attorneys, do hereby stipulate for the dismissal with prejudice of all claims pending in this case. Each party shall bear their costs and attorneys' fees.

Lori Peterson
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
(612) 321-0606

Attorney for Plaintiff Cambria Weiss

Angela Rud
GRAY, PLAN, MOOTY & BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
(612) 343-2800

Attorneys for Defendant Sight & Sound Distributors, Inc.

Laura S. Ferster #028533X
GREGG M. CORWIN & ASSOCIATES
LAW OFFICE, P.C.
1660 South Highway 100
508 East Parkdale Plaza Building
St. Louis Park, MN 55416-1534
(612) 544-7774

Attorneys for Defendant Richard Dark